United States District Court
Southern District of Texas
**ENTERED**
May 13, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARTIN JACKSON, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:22-CV-00097 |
| | § | |
| HIDALGO COUNTY DETENTION CENTER, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiff Martin Jackson and Robert Angel Maldonado's action pursuant to 42 U.S.C. § 1983. After reviewing the Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Medrano's Report and Recommendation entered as Docket Entry No. 15 are hereby adopted by this Court.

FURTHER, the Court, having adopted the conclusions of the Report and Recommendation of United States Magistrate Judge Medrano, is of the opinion that Plaintiffs' "Application to Proceed Without Prepayment of Fees" (Dkt. No. 2) should be **DENIED.** Plaintiffs have thirty days to pay the required $402 filing fee.

The Clerk shall send a copy of this Order to the Plaintiffs and counsel for Defendant.

SO ORDERED May 13, 2024, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge