United States District Court
Southern District of Texas
**ENTERED**
August 13, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| MARTIN JACKSON, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:22-CV-00097 |
| § | |
| HIDALGO COUNTY DETENTION CENTER, § | |
| § | |
| Defendant. § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiffs Martin Jackson and Robert Angel Maldonado's action pursuant to 42 U.S.C. § 1983. After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Medrano's Report and Recommendation entered as Docket Entry No. 29 are hereby adopted by this Court.

FURTHER, the Court, having adopted the conclusions of the Report and Recommendation of United States Magistrate Judge Medrano, **ORDERS** that Plaintiff Robert Angel Maldonado is **DISMISSED** from this action for failure to prosecute. Plaintiff Martin Jackson's claims against Defendant shall continue.

The Clerk shall send a copy of this Order to the Plaintiffs and counsel for Defendant.

SO ORDERED August 13, 2024, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge